*In re* HÉCTOR J. MIRANDA CASASNOVAS.

*Número:* TS-6160          *Resuelto:* 18 de enero de 2002

*Sheila I. Vélez Martínez*, Directora Ejecutiva del Colegio de Abogados de Puerto Rico; *Héctor Javier Miranda Casasnovas, pro se.*

## RESOLUCIÓN

Vista la solicitud de reinstalación a la notaría presentada por Héctor J. Miranda Casasnovas el 10 de diciembre de 2001, a la luz de nuestra opinión *per curiam* de 12 de

marzo de 1999 y del Informe de la Oficina de la Directora de Inspección de Notarías presentado el 23 de julio de 2001, se autoriza su reinstalación al ejercicio de la notaría, efectivo inmediatamente.

*Notifíquese por vía telefónica y por la vía ordinaria, y publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. El Juez Presidente Señor Andréu García no intervino.

<div style="text-align:center">

(*Fdo.*) Carmen E. Cruz Rivera
*Secretaria del Tribunal Supremo Interina*